Opinion issued August 20, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00637-CV

———————————

IN RE JEREMY HILL, JOBADIAH HILL,
JAMIE HILL, AND BARBARA GRAHAM, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus  



 



 

MEMORANDUM OPINION[1]

          By petition for writ of mandamus,
relators, Jeremy Hill, Jobadiah Hill, Jamie Hill, and Barbara Graham, challenge
the trial court’s order cancelling lis pendens.

          We deny the petition for writ
of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Sharp.











[1]           The underlying case is Jeremy Hill, Jobadiah Hill, Jamie Hill, and
Barbara Graham v. Charlene Roberta Hill, No. 08-DCV-165568, in the 434th Judicial
District Court of Fort Bend County, Texas, the Honorable James H. Shoemake
presiding.